UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICROSCAN SYSTEMS, INC.,

        Plaintiff,

        -v-

COGNEX CORPORATION,

        Defendant.
------------------------------------------------------------------x

14-cv-6952 (JSR)

JURY'S VERDICT

LIABILITY

1. Microscan has proved by a preponderance of the evidence that the Cognex DataMan 7500 infringes Claims 1 and 21 of Microscan's '204 Patent:

    YES (INFRINGES) ✓    NO (DOES NOT INFRINGE) ___

2. Microscan has proved by a preponderance of the evidence that the Cognex DataMan 8500 infringes Claims 1 and 21 of Microscan's '204 Patent:

    YES (INFRINGES) ✓    NO (DOES NOT INFRINGE) ___

3. Cognex has proved by clear and convincing evidence that the following claims of Microscan's '204 Patent are invalid:

    Claims 1 and 21    YES (INVALID) ___    NO (NOT INVALID) ✓

    Claim 10    YES (INVALID) ___    NO (NOT INVALID) ✓

[If you find all these claims invalid, do not answer Questions 4, 5, and 6. Otherwise answer those Questions.]

1

## DAMAGES

4. The amount of lost profits, if any, that Microscan has shown, by a preponderance of the evidence, that it suffered as a result of sales that Microscan would have made but for Cognex's infringement, is:

   $ $0

5. For all infringing sales other than those, if any, for which Microscan has proved it is entitled to lost profits, the amount of damages that Microscan has proved, by a preponderance of the evidence, that it is entitled to pursuant to a reasonable royalty rate, is:

   $ 4,410,750

## LACHES

6. Cognex has proved, by a preponderance of the evidence, the defense of laches:

   YES _____      NO ✓

   _____
   FOREPERSON
   Date: 4/30/2015

2